# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

UNITED STATES OF AMERICA

V.                                        CASE NO. 3:11CR00141-001

JOSE NATAREN-CANALES

# ORDER
**(Adopting the Report and Recommendation of the United States Magistrate Judge)**

This matter is before the Court on a Report and Recommendation ("R&R") pursuant to

28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable M. Hannah Lauck, United States

Magistrate Judge ("Magistrate Judge"), on June 3, 2011. Having reviewed the R&R in this case

and there being no objections, this Court **HEREBY ACCEPTS** and **ADOPTS** the R&R. In

accordance with the R&R, the Court **HEREBY ACCEPTS** the defendant's guilty plea made

pursuant to Fed. R. Crim Pro. 11.

The Clerk is directed to send a copy of this Order to all counsel of record.

And it is so Ordered.

_____/s/_____
Henry E. Hudson
United States District Judge

Date: June 20, 2011
Richmond, VA